UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | MOTION TO DISMISS |
|---|---|---|
| | ) | |
| v. | ) | CR 406-197 |
| | ) | |
| **BRIDGETT L. KELLY** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the information in the above-captioned case due to these offenses not being in the government's interest to prosecute at this time.

Respectfully Submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

| | |
|---|---|
| Greg Hurchalla | s/ Kate Tagert |
| Assistant | Member of the New York Bar |
| United States Attorney | Attorney for the Plaintiff |
| | Special Assistant |
| | United States Attorney |
| | P.O. Box 8970 |
| | Savannah, GA 31412 |
| | Telephone (912) 767-7101 |
| | E-Mail: |
| | Kate.tagert@conus.army.mil |

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DISMISSAL ORDER |
| | ) | |
| v. | ) | CR 406-197 |
| | ) | |
| **BRIDGETT L. KELLY** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this _____ day of _____, 2011.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CR 406-197 |
| v. | ) | |
| | ) | |
| **BRIDGETT L. KELLY** | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

    This 3rd day of February, 2011.

    Respectfully Submitted,

    Edward J. Tarver
    United States Attorney

| | |
|---|---|
| Greg Hurchalla | s/ Kate Tagert |
| Assistant | Member of the New York Bar |
| United States Attorney | Attorney for the Plaintiff |
| | Special Assistant |
| | United States Attorney |
| | P.O. Box 8970 |
| | Savannah, GA 31412 |
| | Telephone (912) 767-7101 |
| | E-Mail: |
| | Kate.tagert@conus.army.mil |